pose than to prevent the rise of illicit stills, require the record of all of them.

The judgment must be

*Affirmed.*

Chief Justice Hernández and Justices del Toro, Aldrey and Hutchison concurred.

---

PEOPLE *v.* RUÍZ.

SAME *v.* FRANCO.

SAME *v.* VIDAL.

SAME *v.* DEVERSE.

SAME *v.* ALIER.

SAME *v.* ASPRINJOLS.

SAME *v.* RIVERA, *alias* CHILENO.

SAME *v.* MARTÍNEZ.

SAME *v.* QUIÑONES.

APPEALS from the District Court of Ponce in Prosecutions for Violations of the Excise Tax Law.

Nos. 1483, 1477, 1478, 1503, 1504, 1505, 1506, 1479 and 1508.—Decided May 20 and 21, 1920.

Decided on the grounds of the opinion delivered in the case of *People* v. *Rosaly,* *ante,* page 438.

*Messrs. R. Martínez Nadal, L. Tormes* and *F. B. Fornaris* for the appellants.

*Mr. J. E. Figueras, Fiscal,* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.